IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANCIS WILLIAMS, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )   2:05-CV-735-T |
| | )   WO |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

**ORDER**

On August 8, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the motion filed by Williams on December 13, 2004, is denied and this case is dismissed, as Williams has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

DONE, this the 19th day of September, 2005.

                                              /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE