IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRANCIS WILLIAMS, | ) |
| Petitioner, | ) |
| v. | ) 2:05-CV-735-T |
| | ) WO |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**JUDGMENT**

In accordance with the order entered today, it is ORDERED, ADJUDGED, and DECREED that this case is dismissed, as petitioner Francis Williams has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing this court to consider a successive § 2255 motion.

DONE, this the 19th day of September, 2005.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE