IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

FRANCIS WILLIAMS,              )
                               )
   Petitioner,                 )
                               )          CIVIL ACTION NO.
v.                             )            2:05cv735-T
                               )
UNITED STATES OF AMERICA,      )
                               )
   Respondent.                 )

## ORDER

It is ORDERED that petitioner's motion to compel government to file Rule 35(b) motion (Doc. No. 6) is denied without prejudice.  This case is closed.

DONE, this the 15th day of December, 2005.

                              /s/ Myron H. Thompson
                          UNITED STATES DISTRICT JUDGE